UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAKA KWANZAA,<br><br>        Plaintiff,<br><br>   v.<br><br>REYNOLDS, et al.,<br><br>        Defendants. | Civil Action No. 25-19062 (SDW)(CF)<br><br>MEMORANDUM OPINION |

**IT APPEARING THAT:**

1. Plaintiff Chaka Kwanzaa submitted a Complaint pursuant to 42 U.S.C. §1983 (Complaint). (ECF No. 1).

2. The entire fee to be paid in advance of filing a civil complaint is $ 405. That fee includes a filing fee of $ 350 plus an administrative fee of $ 55, for a total of $ 405.

3. Title 28, section 1915 of the United States Code establishes certain financial requirements for plaintiffs who are attempting to bring a civil action *in forma pauperis*. Under §1915, a plaintiff seeking to bring a civil action *in forma pauperis* must submit an affidavit, including a statement of all assets and liabilities, which states that the plaintiff is unable to pay the fee. 28 U.S.C. § 1915(a)(1).

6. Plaintiff's *in forma pauperis* application does not include the required statement. (ECF No. 1-1).

7. The Court will administratively terminate the Complaint and direct the Clerk to send Plaintiff a blank *in forma pauperis* application.

8. Plaintiff shall complete the forms and return them to the Clerk.

9. An appropriate order follows.

_/s/ Susan D. Wigenton_

Hon. Susan D. Wigenton,
United States District Judge
Dated: January 14, 2026